IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TOWER MANAGEMENT REAL ESTATE, LLC            PLAINTIFF

v.            CIVIL ACTION NO. 4:22-cv-00026-SA-JMV

THE TRAVELERS INDEMNITY COMPANY            DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on February 22, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 22nd day of February, 2022.

           /s/ Sharion Aycock
           UNITED STATES DISTRICT JUDGE